IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Docket No. 04 10369 NG |
| CIVES STEEL CO., INC., ) NEW ENGLAND DIVISION, ) ) | |
| Defendant. ) | |

**ASSENTED TO MOTION TO EXTEND**
**TIME TO ANSWER OR OTHERWISE MOVE**

    Now comes the Plaintiff and the Defendant in the above titled action and jointly request that the Court extend the time for the Defendant to answer or otherwise move with respect to the complaint to and including Friday, May 21, 2004.
    As grounds for the within motion, the Defendant states that it is an out of state company and just recently retained local Massachusetts counsel to represent it in the within litigation. The Parties are also engaged in settlement discussions and the extension will not prejudice any party.

| | |
|---|---|
| Blacksmith Investments, LLC | Cives Steel Co., Inc. |
| By their Attorney | New England Division |
| | By their Attorney |
| | |
| /S/ Guy E. Guarino | /S/ Joseph A. Barra |
| Guy E. Guarino | Joseph A. Barra |
| BBO# 213960 | BBO# 632534 |
| 721 Country Club Way | Gadsby Hannah, LLP |
| Ipswich, MA 01938 | 225 Franklin Street |
| (978) 356-7500 | Boston, MA 02110 |
| | (617) 345-7061 |
| April 21, 2004 | |

B0360166v1