IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Docket No. 04 10369 NG |
| CIVES STEEL CO., INC., NEW ENGLAND DIVISION, | ) ) ) ) |
| Defendant. | ) |

**ASSENTED TO MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE MOVE**

    Now comes the Plaintiff and the Defendant in the above titled action and jointly request that the Court extend the time for the Defendant to answer or otherwise move with respect to the complaint to and including Monday, June 21, 2004.

    As grounds for the within motion, the Defendant states that it is currently compiling the project material that is necessary to further settlement discussions for this complex construction matter and the extension will not prejudice any party.

| | |
|---|---|
| Blacksmith Investments, LLC<br>By their Attorney | Cives Steel Co., Inc.<br>New England Division<br>By their Attorney |
| /S/ Guy E. Guarino<br>Guy E. Guarino<br>BBO# 213960<br>721 Country Club Way<br>Ipswich, MA  01938<br>(978) 356-7500 | /S/ Joseph A. Barra<br>Joseph A. Barra<br>BBO# 632534<br>Gadsby Hannah, LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7061 |

May 18, 2004

B0360166v1