IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CIVES STEEL CO., INC., NEW ENGLAND DIVISION, | ) ) ) |
| Defendant. | ) |

Docket No. 04 10369 NG

## ASSENTED TO MOTION TO EXTEND
## TIME TO ANSWER OR OTHERWISE MOVE

    Now comes the Plaintiff and the Defendant in the above entitled action and jointly request that the Court extend the time for the Defendant to answer or otherwise move with respect to the complaint to and including Tuesday, August 31, 2004.

    As grounds for the within motion, the parties state that they are still engaged in settlement discussions in this complex construction matter. The extension will not prejudice any party and if the matter does not settle, will afford the plaintiff a reasonable opportunity to respond to the Defendant's draft Motion to Dismiss.

| | |
|---|---|
| Blacksmith Investments, LLC<br>By their Attorney | Cives Steel Co., Inc.<br>New England Division<br>By their Attorney |
| /s/Guy E. Guarino<br>Guy E. Guarino<br>BBO# 213960<br>721 Country Club Way<br>Ipswich, MA  01938<br>(978) 356-7500 | /s/ Joseph A. Barra<br>Joseph A. Barra<br>BBO# 632534<br>Gadsby Hannah, LLP<br>225 Franklin Street<br>Boston, MA  02110<br>jbarra@ghlaw.com<br>(617) 345-7061 |

August 13, 2004

B0375673v1