UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BLACKSMITH INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10369-NG |
| | ) | |
| CIVES STEEL CO., INC., | ) | |
| NEW ENGLAND DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the "Defendant's Motion to Dismiss the Complaint" (Docket # 5) has been scheduled for hearing on Thursday, October 14, 2004, at 3:00 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT


  / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  September 27, 2004