**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **BLACKSMITH INVESTMENTS, LLC** )<br>    **Plaintiff,** )<br> )<br>    v. )<br> )<br>**CIVES STEEL CO., INC.,** )<br>    **Defendants.** ) | C.A. No. 04-10369-NG |

**GERTNER, D.J.:**

## ORDER OF DISMISSAL

For the reasons set forth in Magistrate Judge Dein's Report and Recommendation [docket entry # 14], defendant's Motion to Dismiss [docket entry # 5] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

**Date: March 17, 2005**                    **/s/NANCY GERTNER, U.S.D.J.**